# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSME MIRANDA,<br><br>　　　　Petitioner<br><br>　　v.<br><br>M.L. MONTGOMERY,<br><br>　　　　Respondent. | Case No. 5:19-cv-00861-VAP (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE:  October 14, 2020

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE